

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**JOHANNA RAE HUDGENS**
Partner
+1 (212) 294-6734
jhudgens@winston.com

July 9, 2024

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Courtroom: 1106

> Defendants shall answer or otherwise respond to the Complaint by **August 16, 2024**. The request to adjourn the initial pretrial conference is **DENIED**. The Court does not typically adjourn the initial conference based on the answer deadlines.  So Ordered.
>
> Dated: July 9, 2024
>        New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Yedla v. Bank of America N.A., et al*, Case No. 1:24-cv-04638-LGS (S.D.N.Y.)
      <u>Defendants Bank of America, N.A. and Bank of America Corporation's Request for Extension of Time</u>

Dear Judge Schofield:

We represent Defendants Bank of America, N.A. and Bank of America Corporation ("Defendants" or "Bank of America") in the above referenced action. We write pursuant to Rule I(B)(3) of your Honor's Individual Rules and Procedures for Civil Cases to request an extension of time to answer, move, or otherwise respond to the complaint and, in turn, an adjournment of the initial conference date by thirty days.  Defendants request that the above-mentioned deadlines be updated as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to answer, move, or otherwise respond to Complaint | July 17, 2024 | **August 16, 2024** |
| Initial conference | August 7, 2024 | **September 9, 2024 or a later date at the Court's convenience** |

Undersigned counsel was only recently retained to represent Bank of America in this matter and requires more time to investigate Plaintiff's allegations and review and analyze the case materials.  Bank of America has conferred with Plaintiff's counsel, who consents to this request for a thirty-day extension.  There have been no prior requests for an extension of time.

Thank you for your consideration of the foregoing.

Respectfully submitted,

*/s/ Johanna Rae Hudgens*
Johanna Rae Hudgens

cc: All counsel of record (via ECF)